IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEIDRE SHEARS, | CASE NO. 5:14-cv-00819 EJD |
| Plaintiff(s), | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| GENTIVA HEALTH SERVICES, | |
| Defendant(s). | |

On July 7, 2014, the court issued an order requiring Plaintiff Deidre Shears ("Plaintiff") to show cause why this action should not be dismissed for failure to complete service by the deadline imposed by Federal Rule of Civil Procedure 4(m). See Docket Item No. 4. In order to prevent dismissal, the court required Plaintiff to either file a proof of service of process or explain why such service had not been accomplished. Plaintiff complied with this order by filing a proof of service on July 7, 2014. See Docket Item No. 7.

Accordingly, the Order to Show Cause is DISCHARGED. The court reschedules the Case Management Conference for **10:00 a.m. on September 12, 2014.** On or before **August 22, 2014**, the parties shall, according to Civil Local Rule 16-8 and ADR L.R. 3-5, file an ADR Certification and file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference. The parties shall thereafter file a Joint Case Management Conference Statement on or before **September 5, 2014.**

**IT IS SO ORDERED.**

Dated: July 15, 2014

EDWARD J. DAVILA
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DEIDRE SHEARS,

        Plaintiff,

  v.

GENTIVA HEALTH SERVICES et al,

        Defendant.
_____/

Case Number: CV14-00819 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deidre Shears
27 W. Anapamu St., #421
Santa Barbara, CA 93101

Dated: July 15, 2014

                Richard W. Wieking, Clerk
                /s/ By: Elizabeth Garcia, Deputy Clerk